UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICKI L. CARDOZA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> ACTING COMMISSIONER <br> OF SOCIAL SECURITY, <br><br> Defendant. | Civil Action Number 1:18-cv-01202 <br><br><br><br><br> Hon. Ray S. Kent <br> United States Magistrate Judge |

## JUDGMENT

In accordance with the Order for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Acting Commissioner of Social Security for further proceedings in accordance with that order.


Date: May 21, 2019

/s/ Ray Kent
Hon. Ray S. Kent
United States Magistrate Judge